JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR FLORES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM LIFE INSURANCE COMPANY; METRO-GOLDWYN-MAYER INC. SHORT-TERM DISABILITY PLAN, and DOES 1 to 10, Inclusive,<br><br>　　　Defendants. | Case No. 2:19-cv-08676-AB-RAO<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: October 8, 2019 |

The Court, upon consideration of the Stipulation to Dismiss Entire Action with Prejudice, dated March 9, 2020, and good cause appearing therefore, now orders as follows:

//

//

//

//

//

//

1    This action hereby is dismissed with prejudice in its entirety and as to all parties,
2 with all parties to bear their own attorney's fees, costs and expenses.
3    **IT IS SO ORDERED.**

Dated: March 11, 2020    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE